ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
JOSE ALCARAZ-PALACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00102-LJO |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| JOSE ALCARAZ-PALACIO, | Date: February 4, 2013<br>Time: 9:00 a.m.<br>Hon. Lawrence J. O'Neill |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 4, 2013, at 9:00 a.m.

2. By this stipulation, defendant now moves to continue the sentencing until March 4, 2013, at 9:00 a.m. and to exclude time between February 4, 2013, and March 4, 2013, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

        a. The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

        b. The government does not object to the continuance.

        c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 4, 2013, to March 4, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///

IT IS SO STIPULATED.

Dated: January 29, 2013

                      */s/ Kevin P. Rooney*
                      Assistant United States Attorney

Dated: January 29, 2013

                      */s/ Anthony P. Capozzi*
                      Anthony P. Capozzi
                      Attorney for
                      JOSE ALCARAZ-PALACIO

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from February 4, 2013, to, and including, February 4, 2013, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Sentencing currently scheduled on February 4, 2013, at 9:00 a.m. is continued to March 4, 2013, at 9:00 a.m.

O'Neill

IT IS SO ORDERED.

Dated: **January 29, 2013**        **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE